**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Andre Ross, ) | No. CV-04-1198-PHX-DGC (DKD) |
| Petitioner, ) | **ORDER** |
| v. ) | |
| Terry Goddard, Arizona Attorney General; Dora B. Schriro, Director, Arizona Department of Corrections, ) | |
| Respondents. ) | |

Pending before the Court are Petitioner Michael Andre Ross' petition for writ of habeas corpus and United States Magistrate Judge David K. Duncan's Report and Recommendation ("R&R"). Docs. ##1, 18. The R&R recommends that the Court deny the petition. Doc. #18 at 7. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that the failure to timely file objections to any determination of the Magistrate Judge would be considered a waiver of the right to review of such determination. *Id.* at 7 (citing 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

Following issuance of the R&R, Petitioner filed a Motion to Supplement. Doc. #20. The motion contained Petitioner's present address at a prison in Buckeye, Arizona. The Court's docket shows that the R&R was returned to the Court as undeliverable. Doc. #19. It appears that Petitioner did not keep the Court advised of his change of address.

Although the Court has no duty to locate Petitioners who fail inform the Court of changes in address, in this case the Petitioner's Motion to Supplement provides his current address. The Court accordingly will direct the Clerk to mail a copy of the R&R to Petitioner along with a copy of this Order. The warning contained on page 7 of the R&R shall apply from the date of service of the R&R and this Order. The Court will also refer the Motion to Supplement to Magistrate Judge Duncan for consideration.

**IT IS ORDERED:**

1. Magistrate Judge Duncan's R&R (Doc. #18) and this Order shall be mailed to Petitioner at the address shown on his Motion to Supplement (Doc. # 20).

2. The warning contained on page 7 of the R&R shall apply from the date of service of the R&R and this Order on Petitioner at the address shown on Doc. #20.

3. Petitioner's Motion to Supplement (Doc. #20) shall be referred to the Magistrate Judge for consideration.

DATED this 9th day of June, 2006.

_David G. Campbell_
United States District Judge

- 2 -